| DOCUMENTS UNDER SEAL [x] | | | | DOCUMENT NUMBER: | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lili M. Harrell | | | REPORTER/FTR<br>FTR 11:38am - 11:46am | | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | DATE<br>May 22, 2007 | | | NEW CASE<br>[x] | CASE NUMBER<br>3-07-70276 EDL | |

### APPEARANCES

| DEFENDANT<br>William Shannon | AGE | CUST<br>Agent | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ron Tyler | PD. [ ] RET. [ ]<br>APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Kirsten Ault | INTERPRETER | | | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | [ ] DEF ELIGIBLE FOR APPT'D COUNSEL | [ ] PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| [x] INITIAL APPEAR<br>time Rule 5 | [ ] PRELIM HRG<br>time | [ ] MOTION<br>time | [ ] JUGM'T & SENTG<br>time | [ ] STATUS<br>time |
|---|---|---|---|---|
| [ ] I.D. COUNSEL<br>time | [ ] ARRAIGNMENT<br>time | [ ] BOND SIGNING<br>time | [ ] IA REV PROB. or S/R<br>time | [ ] BAIL REVIEW<br>time |
| [ ] DETENTION HRG<br>time | [ ] ID/REMOVALHRG<br>time | [ ] CHANGE PLEA<br>time | [ ] PROB. REVOC.<br>time | [ ] SUP REL HRG<br>time |

### INITIAL APPEARANCE

| [x] ADVISED OF RIGHTS | [x] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

FILED
MAY 2 2 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED [ ] WAIVER OF INDICTMENT FILED<br>SUBSTANCE |
|---|---|---|

### RELEASE

| [x] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>[ ] CASH  $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |
|---|---|---|

| [ ] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [ ] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>5/24/07 | [x] I.D. COUNSEL | [ ] BOND SIGNING | [ ] STATUS RE: CONSENT | [ ] STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30am | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING OR | [ ] CHANGE OF PLEA | [ ] BAIL REVIEW |
| BEFORE HON.<br>Vadas | [ ] DETENTION HEARING | ARRAIGN-MENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY/REMOVAL | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

Matter to remain under seal.