| DOCUMENTS UNDER SEAL ☐ | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Karen L. Hom | | REPORTER/FTR FTR 9:29-9:36 | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | DATE August 7, 2007 | | NEW CASE ☐ | CASE NUMBER 3-07-70276 EDL |

## APPEARANCES

| DEFENDANT William Shannon | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Jules Bonjour for Camelia Baray | PD. ☐  RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Kirsten Ault | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR time | ☒ PRELIM HRG time Not Held | ☐ MOTION time | ☐ JUGM'T & SENTG time | ☒ STATUS time 3 mins |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☒ ARRAIGNMENT time 4 m *see below | ☐ BOND SIGNING time | ☐ IA REV PROB. or S/R time | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ ID/REMOVAL HRG time | ☐ CHANGE PLEA time | ☐ PROB. REVOC. time | ☐ SUP REL HRG time |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
AUG X 7 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT Superseding from W.D of PA | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 09/05/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIAL SET Re: Rule 20 Transf. |
|---|---|---|---|---|
| AT: 9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. Judge Laporte | ☐ DETENTION HEARING | ☐ ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

*Dft was arraigned on the Superseding Indictment from the W. District of PA. Dft waived his identity hearing. Gov't to prepare order excluding time from STA. Dft has never appeared in the W. Dist. of PA, but waived his appearance in that district.

KLH, LH