SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM SHANNON, ) <br> ) <br> Defendant. ) <br> ) | No.   CR 07-70276 MAG <br><br> [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM OCTOBER 10, 2007, TO OCTOBER 24, 2007, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

On or about June 5, 2007, the defendant was indicted in the Western District of Pennsylvania, Case Number 07-00163 ANB, for charges related to the distribution of cocaine. The defendant was arrested and appeared in this district under Federal Rule of Criminal Procedure 5. The parties intend to resolve this matter in this district pursuant to Federal Rule of Criminal Procedure 20 and are in the process of executing the paperwork necessary to effectuate the transfer of the case. Because the parties have not yet completed the necessary paperwork, they do not believe that the status conference currently scheduled for October 10, 2007 will be productive and they request that the appearance be continued for two weeks until October 24,

1  2007.

2  Therefore, with the agreement of the parties, and with the consent of the defendant, the
3  Court enters this order continuing the status conference currently set for October 10, 2007, to
4  October 24, 2007, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.
5  § 3161(c), from October 10, 2007, through October 24, 2007.

6  The parties agree, and the Court finds and holds, as follows:

7  1. The defendant is out of custody.

8  2. The defendant agrees to an exclusion of time under the Speedy Trial Act from October
9  10, 2007, through October 24, 2007, based upon the need for effective preparation of defense
10  counsel so that defense counsel can review discovery and so that the case can be transferred to
11  this district from the Western District of Pennsylvania.

12  3. Counsel for the defense believes that the exclusion of time is in her client's best
13  interest.

14  4. Given these circumstances, the Court finds that the ends of justice served by
15  excluding
16  the period from October 10, 2007, through October 24, 2007, outweigh the best interest of the
17  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(1)(G), (h)(8)(A) & (B)(iv).

18  5. Accordingly, and with the consent of the defendant, the Court orders that (1) the status
19  conference in this matter shall be continued from October 10, 2007 to October 24, 2004, at 9:30
20  a.m. before Magistrate Judge Edward M. Chen, and (2) the period from October 10, 2007,
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
///

2

1 | through October 24, 2007, shall be excluded from Speedy Trial Act calculations under 18
2 | U.S.C. § 3161(h)(1)(G), (h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 10/09/07                    /s/
                                   _____
                                   CAMELLIA BARAY
                                   Attorney for Defendant


DATED: 10/09/07                    /s/
                                   _____
                                   KIRSTIN M. AULT
                                   Assistant United States Attorney


IT IS SO ORDERED.

DATED:_____              _____
                                   EDWARD M. CHEN
                                   United States Magistrate Judge

1 | through October 24, 2007, shall be excluded from Speedy Trial Act calculations under 18
2 | U.S.C. § 3161(h)(1)(G), (h)(8)(A) & (B)(iv).
3 |
4 | STIPULATED:
5 |
6 | DATED: 10/9/07
7 | CAMELLIA BARAY
   | Attorney for Defendant
8 |
9 | DATED: 10/9/02
10 | KIRSTIN M. AULT
   | Assistant United States Attorney
11 |
12 | IT IS SO ORDERED.
13 |
14 | DATED: _____
15 | EDWARD M. CHEN
   | United States Magistrate Judge

3