1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6940
7      Facsimile: (415) 436-7234
       E-mail: kirstin.ault@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,       )   No.   CR 07-70276 MAG
                                     )
15 |     Plaintiff,                  )   [~~PROPOSED~~] ORDER CONTINUING
                                     )   STATUS CONFERENCE AND
16 |     v.                          )   EXCLUDING TIME FROM OCTOBER 10,
                                     )   2007, TO OCTOBER 24, 2007, FROM
17 | WILLIAM SHANNON,                )   THE SPEEDY TRIAL ACT
                                     )   CALCULATION (18 U.S.C. §
18 |     Defendant.                  )   3161(h)(8)(A))
                                     )
19 | _____     )

20

21      On or about June 5, 2007, the defendant was indicted in the Western District of

22 Pennsylvania, Case Number 07-00163 ANB, for charges related to the distribution of cocaine.

23 The defendant was arrested and appeared in this district under Federal Rule of Criminal

24 Procedure 5. The parties intend to resolve this matter in this district pursuant to Federal Rule of

25 Criminal Procedure 20 and are in the process of executing the paperwork necessary to effectuate

26 the transfer of the case. Because the parties have not yet completed the necessary paperwork,

27 they do not believe that the status conference currently scheduled for October 10, 2007 will be

28 productive and they request that the appearance be continued for two weeks until October 24,

1 | 2007.
2 |       Therefore, with the agreement of the parties, and with the consent of the defendant, the
3 | Court enters this order continuing the status conference currently set for October 10, 2007, to
4 | October 24, 2007, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.
5 | § 3161(c), from October 10, 2007, through October 24, 2007.
6 |       The parties agree, and the Court finds and holds, as follows:
7 |       1. The defendant is out of custody.
8 |       2. The defendant agrees to an exclusion of time under the Speedy Trial Act from October
9 | 10, 2007, through October 24, 2007, based upon the need for effective preparation of defense
10 | counsel so that defense counsel can review discovery and so that the case can be transferred to
11 | this district from the Western District of Pennsylvania.
12 |       3. Counsel for the defense believes that the exclusion of time is in her client's best
13 | interest.
14 |       4. Given these circumstances, the Court finds that the ends of justice served by excluding
15 | the period from October 10, 2007, through October 24, 2007, outweigh the best interest of the
16 | public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(1)(G), (h)(8)(A) & (B)(iv).
17 |       5. Accordingly, and with the consent of the defendant, the Court orders that (1) the status
18 | conference in this matter shall be continued from October 10, 2007 to October 24, 2004, at 9:30
19 | a.m. before Magistrate Judge Edward M. Chen, and (2) the period from October 10, 2007,
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  through October 24, 2007, shall be excluded from Speedy Trial Act calculations under 18 U.S.C.
2  § 3161(h)(1)(G), (h)(8)(A) & (B)(iv).

4  STIPULATED:

6  DATED: 10/09/07            /s/
                              —————————————————
7                             CAMELLIA BARAY
                              Attorney for Defendant

9  DATED: 10/09/07            /s/
                              —————————————————
10                            KIRSTIN M. AULT
                              Assistant United States Attorney

12 IT IS SO ORDERED.

14 DATED: 10/11/07
                              —————————————————
15                            EDWARD M. CHEN
                              United States Magistrate Judge

3