1  Camellia Baray, State Bar No. 179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  Telephone:  (510) 785-8400
   Facsimile:   (510) 670-0955
4  camellia@btbandb.com

5  Attorneys for Defendant William Shannon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 07-70276 MAG |
| Plaintiff, | [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM OCTOBER 24, 2007 TO NOVEMBER 27, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §3161(h)(8)(A)) |
| v. | |
| WILLIAM SHANNON, | |
| Defendant. | |

On or about June 5, 2007, the defendant was indicted in the Western District of Pennsylvania, Case Number 07-00163 ANB, for charges related to the distribution of cocaine. The defendant was arrested and appeared in the Northern District of California under Federal Rule of Criminal Procedure 5.

On or about October 18, 2007 the defendant, his attorney Camellia Baray, and AUSA Kirstin Ault signed a Consent to Transfer of Case for Plea and Sentence under Federal Rule of Criminal Procedure 20.  The Consent has been sent to the AUSA in Pennsylvania for signature and filing.

Because the parties are awaiting formal transfer of the case from Pennsylvania to California, they do not believe that the status conference currently scheduled for October 24, 2007 will be productive and they request that the appearance be continued for five weeks to November 27, 2007.

Therefore, with the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the status conference currently set for October 24, 2007 to November 27, 2007, and documenting the exclusion of time under the Speedy Trial Act (18 U.S.C. §3161(c)), from October 24, 2007 through November 27, 2007.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from October 24, 2007 through November 27, 2007 so that the case can be transferred to this district from the Western District of Pennsylvania (18 U.S.C. §3161(h)(1)(G)) .

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 24, 2007 through November 27, 2007 outweigh the best interest of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(1)(G), (h)(8)(A) & (B)(iv)).

///

///

///

5. Accordingly, and with the consent of the defendant, the Court orders that (1) the status conference in this matter shall be continued from October 24, 2007 to November 27, 2007 at 9:30 a.m. before Magistrate Judge Bernard Zimmerman, and (2) the period from October 24, 2007 to November 27, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §3161(h)(1)(G), (h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: _____             _____/s/_____
                                     KIRSTIN M. AULT
                                     Assistant United States Attorney

DATED: _____             _____/s/_____
                                     CAMELLIA BARAY
                                     Attorney for William Shannon

IT IS SO ORDERED.

DATED:_____              _____
                                     EDWARD M. CHEN
                                     United States Magistrate Judge