UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: October 26, 2007

Clerk's Office
Northern District of California
Phillip Burton United States
Courthouse , 16 Floor
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Re: USA vs. SHANNON

Criminal No. 2:07-cr-163-2

Dear Sir or Madam:

    I am forwarding herewith certified copies of the following documents at the direction of the United States Attorney and in accordance with the provisions of Rule 20 of the Federal Rules of Criminal Procedure: Certified Copy of Docket Entries, Transfer Order and Superceding Indictment.

    Also enclosed is a copy of this letter. Please acknowledge receipt on this copy and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Joseph V. Ventresca
    Joseph V. Ventresca
    Deputy Clerk

Enclosures

cc: United States Attorney

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **WESTERN** DISTRICT OF **PENNSYLVANIA**

UNITED STATES OF AMERICA
v.
WILLIAM SHANNON

CRIMINAL NUMBER: 07-163

CR 07 0701

WHA

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, **William Shannon**, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the **Northern** District of **California** in which I, **am held**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 10/19 2007 at 10:13 AM

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Western District of
Pennsylvania

_____
United States Attorney for the
Northern District of
California

**U.S. Department of Justice**

Rule 20 -- Transfer Notice

| To: Constance M. Bowden, Assistant U.S. Attorney | District: Western District of Pennsylvania | Date: 9/9/2007 |
|---|---|---|
| Name of Subject: William Shannon | Statute Violated: 21 U.S.C. §846 | File Data (Initials and Number): CR 07-163 |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☑ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No. *07-163*.

☐ Other (Specify):

☐ The above-named defendant entered a plea of guilty under Rule 20.
  Date of Plea        Date of Sentence        Sentence

| From (Signature and Title): [signature] Kirsten Ault, Assistant U.S. Attorney | Address: U.S. Attorney's Office, Northern District of California, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102 |
|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
  on          at          o'clock

☒ *(Kindly notify me of any anticipated delay)* Enclosed are two certified copies of indictment or information          Docket No. 07-163

☐ Please have defendant execute waiver of indictment.

☒ Other (Specify): Also enclosed is Consent to Transfer of case for defendant.

| Signature (Name and Title): Constance M. Bowden, Assistant U.S. Attorney | District: Western District of Pennsylvania | Date: 9/9/2007 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00163-ANB-2
### Internal Use Only

Case title: USA v. KIMBREW

Date Filed: 04/24/2007
Date Terminated: 10/26/2007

Assigned to: Alan N. Bloch

**Defendant**

WILLIAM SHANNON (2)
*TERMINATED: 10/26/2007*

represented by **Stanley W. Greenfield**
Greenfield & Kraut
Greenfield Court
1035 Fifth Avenue
Pittsburgh, PA 15219
(412) 261-4466
Email: GreenfieldandKraut@Verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

CR 07 0701

WHA

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

21 U.S.C. 846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE
(1)

**Disposition**

Certified Copy of docket Entries, Transfer Ordere and Superceding Indictment

CERTIFIED FROM THE RECORD
Date October 25, 2007
ROBERT V. BARTH, JR., CLERK
By Joseph W. Vanhoser
Deputy Clerk

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |

21:841A=CD.F Controlled Substance -
Sell, Distribute or Dispense,
21:846=CD.F Conspiracy to distribute
controlled substance

**Plaintiff**

**USA**                                                represented by **Constance M. Bowden**
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
(412) 894-7320
Fax: (412) 644-2645
Email: constance.bowden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2007 | 1 | *SEALED* COMPLAINT as to WILLIAM SHANNON (1). (Attachments: # 1 Affidavit) (lck, ) [2:07-mj-00228-ARH *SEALED*] (Entered: 05/14/2007) |
| 05/10/2007 | 2 | *SEALED* (Court only) **** Arrest Warrant Issued (lck, ) [2:07-mj-00228-ARH *SEALED*] (Entered: 05/14/2007) |
| 05/10/2007 | 3 | *SEALED* MOTION to Seal by USA as to WILLIAM SHANNON. (lck, ) [2:07-mj-00228-ARH *SEALED*] (Entered: 05/14/2007) |
| 05/10/2007 | 4 | *SEALED* ORDER granting 3 Motion to Seal as to WILLIAM SHANNON (1). Signed by Judge Amy Reynolds Hay on 5/10/07. (lck, ) [2:07-mj-00228-ARH *SEALED*] (Entered: 05/14/2007) |
| 05/14/2007 | 5 | *SEALED* MOTION to Unseal Case by USA as to WILLIAM SHANNON. (lck, ) [2:07-mj-00228-ARH *SEALED*] (Entered: 05/15/2007) |
| 05/14/2007 | 6 | *SEALED* ORDER granting 5 Motion to Unseal Case as to WILLIAM SHANNON (1). Signed by Judge Amy Reynolds Hay on 5/14/07. (lck, ) [2:07-mj-00228-ARH *SEALED*] (Entered: 05/15/2007) |
| 05/15/2007 |  | *SEALED* ***Case sealed as to WILLIAM SHANNON (lck, ) [2:07-mj-00228-ARH *SEALED*] (Entered: 05/15/2007) |
| 06/05/2007 |  | *SEALED* ***Case sealed as to WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN (jv) (Entered: 06/06/2007) |
| 06/05/2007 |  | Case unsealed except for Magistrate Judge proceedings as to WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN (jv) |

| | | (Entered: 06/06/2007) |
|---|---|---|
| 06/05/2007 | 30 | (Court only) ****SUPERSEDING INDICTMENT as to MARLIN KIMBREW (1) count(s) 1s, 2s, 3s-6s, WILLIAM SHANNON (2) count(s) 1, RAY KELLY (3) count(s) 1, CASEE KELLY (4) count(s) 1, JACYNTA JORDAN (5) count(s) 1. (Attachments: # 1 Certification and Notice for Filing Pretrial Motions for Kimbrew, Shannon, Ray Kelly, Casee Kelly and Jordan # 2 Arraignment Plea for Kimbrew, Shannon, Ray Kelly and Casee Kelly # 3 Arraignment Plea for Jacynta Jordan # 4 Criminal Case Info Sheet for Marlin Kimbrew # 5 Criminal Case Info Sheet William Shannon # 6 Criminal Case Info Sheet Ray Kelly # 7 Criminal Case Info Sheet for Casee Kelly # 8 Criminal Case Info Sheet Jacynta Jordan) (jv) (Entered: 06/06/2007) |
| 06/05/2007 | 31 | Superseding Redacted Indictment as to MARLIN KIMBREW, WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN. (jv) (Entered: 06/06/2007) |
| 06/05/2007 | 32 | SUPERSEDING INDICTMENT Memorandum as to MARLIN KIMBREW, WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN (jv) (Entered: 06/06/2007) |
| 06/06/2007 | 33 | NOTICE OF ARRAIGNMENT as to WILLIAM SHANNON Arraignment set for 6/12/2007 09:30 AM in Courtroom 9B before Robert C. Mitchell. (jv) (Entered: 06/06/2007) |
| 06/11/2007 | | Remark-Received telephone call from Cammy Baray, cja panel attorney in California for WILLIAM SHANNON (where he had his initital proceedings on 5-22-07). She requested that his arraignment be rescheduled for next week as he needs a panel attorney appointed in this District. She is having him complete the CJA-23 and will fax it to us when completed. Arraignment has been rescheduled for 6-20-07 at 9:45 am before Judge Mitchell. (sdm, ) (Entered: 06/12/2007) |
| 06/11/2007 | | Set/Reset Hearings as to WILLIAM SHANNON: Arraignment rescheduled for 6/20/2007 09:45 AM in Courtroom 9B before Robert C. Mitchell. (sdm, ) (Entered: 06/12/2007) |
| 06/18/2007 | 54 | CJA 20 as to WILLIAM SHANNON: Appointment of Attorney Stanley W. Greenfield for WILLIAM SHANNON.. Signed by Judge Robert C. Mitchell on 6/18/07. (lck, ) (Entered: 06/19/2007) |
| 06/18/2007 | 56 | CJA 23 Financial Affidavit by WILLIAM SHANNON (lck, ) (Entered: 06/20/2007) |
| 06/20/2007 | 57 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by WILLIAM SHANNON (lck, ) (Entered: 06/20/2007) |
| 06/20/2007 | 58 | Minute Entry for proceedings held before Judge Robert C. Mitchell :Arraignment as to WILLIAM SHANNON (Defendant not present)(2) Count 1 held on 6/20/2007 defendant pleads Not Guilty (Tape #10:00 - 10:05.) (lck, ) (Entered: 06/20/2007) |
| 06/20/2007 | 59 | CERTIFICATION AND NOTICE FOR FILING PRETRIAL |

|  |  |  |
|---|---|---|
|  |  | MOTIONS. All pretrial motions to be filed within 10 days of arraignment signed by counsel for WILLIAM SHANNON (lck, ) (Entered: 06/20/2007) |
| 06/20/2007 | 60 | Receipt for Local Rule 16.1 Material as to WILLIAM SHANNON (lck, ) (Entered: 06/20/2007) |
| 06/20/2007 | 64 | ORDER as to MARLIN KIMBREW, WILLIAM SHANNON, CASEE KELLY, RAY KELLY, JACYNTA JORDAN that the parties are to comply with Local Criminal Rule 16.1. Signed by Judge Alan N. Bloch on 6/20/2007. (kmw) (Entered: 06/20/2007) |
| 06/22/2007 | 65 | MOTION for Extension of Time *Within Which To File Pretrial Motions* by WILLIAM SHANNON. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) Modified on 6/25/2007. (tt) (Entered: 06/22/2007) |
| 06/25/2007 | 66 | ORDER granting, in the interest of justice, 65 Motion for Enlargement of Time Within Which to File Pretrial Motions as to WILLIAM SHANNON (2). Defendant's Pretrial Motions due by 9/5/2007. Signed by Judge Alan N. Bloch on 6/25/2007. (kmw) (Entered: 06/25/2007) |
| 10/25/2007 | 83 | CONSENT TO Transfer Jurisdiction under Rule 20 as to WILLIAM SHANNON filed by USA (Bowden, Constance) (Entered: 10/25/2007) |
| 10/26/2007 | 84 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of California. Counts closed as to WILLIAM SHANNON (2) Count 1. (jv) (Entered: 10/26/2007) |
| 10/26/2007 |  | Remark: Mailed Certified Copy of Docket Sheet, Transfer Order and Superceding Indictment to Northern District of California. (jv) (Entered: 10/26/2007) |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 07-163 |
| | ) [21 U.S.C. 846 and |
| | ) 18 U.S.C. 1956(a)(1)(A)(i) |
| | ) and 1957(a)] |
| MARLIN KIMBREW a/k/a Tonda | ) |
| WILLIAM SHANNON a/k/a "OG" | ) |
| RAY KELLY a/k/a Tommy | ) |
| CASEE KELLY a/k/a Stop-N-Drizzy | ) |
| JACYNTA JORDAN | ) |

CR 07   0701

WHA

## SUPERSEDING INDICTMENT

### COUNT ONE

The grand jury charges that:

From in or around March 2003, to on or about January 25, 2007, in the Western District of Pennsylvania and elsewhere, the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy and JACYNTA JORDAN, did knowingly, intentionally and unlawfully conspire with persons both known and unknown to the grand jury to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as prohibited by Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

In violation of Title 21, United States Code, Section 846.

CERTIFIED FROM THE RECORD
DATE October 26, 2007
ROBERT V. BARTH, JR., CLERK
By Joseph W. Venhers
Deputy Clerk

FILED
JUN - 5 2007
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges that:

On or about June 15, 2006, in the Western District of Pennsylvania, the defendant, MARLIN KIMBREW a/k/a Tonda, knowingly conducted and attempted to conduct a financial transaction involving the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction involved the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, that is on or about June 15, 2006, the defendant, MARLIN KIMBREW a/k/a Tonda, transferred a package containing $255,770 in cash to a mailing service, for delivery to J. Jordan, 2601 Tipperary Avenue, San Francisco, California, which the defendant knew contained the proceeds of a conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, as charged in Count One of the Indictment and the Distribution and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), which constitute specified unlawful activity, pursuant to Title 18, United States Code, Section 1956(c)(7)(A), and which did in fact constitute proceeds

of such specified unlawful activity, with the intent to promote said specified unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## COUNTS THREE THROUGH SIX

The grand jury further charges that:

On or about the dates specified below, in the Western District of Pennsylvania and elsewhere, the defendant, MARLIN KIMBREW a/k/a Tonda, did knowingly engage in a monetary transaction, affecting interstate commerce, in criminally derived property with a value greater than $10,000, which property was derived from specified unlawful activity, in that the defendant, MARLIN KIMBREW a/k/a Tonda, engaged in the monetary transactions set forth below, knowing that the funds were derived from a criminal offense, when in fact said funds were derived from specified unlawful activity; that is the conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code, Section 846, as charged in Count One of the Indictment and the Distribution and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

| COUNT | DESCRIPTION OF MONETARY TRANSACTION | DATE (ON OR ABOUT) | AMOUNT OF TRANSACTION |
|---|---|---|---|
| 3 | Purchase of a 2.75 carat ring from Frost and Company | 6/24/03 | $10,900 |

| COUNT | DESCRIPTION OF MONETARY TRANSACTION | DATE (ON OR ABOUT) | AMOUNT OF TRANSACTION |
|---|---|---|---|
| 4 | Deposit of $169,000 into Pathfinder Credit Union Bank Account | 2/27/04 | $169,000 |
| 5 | Payment of $25,000 in hand money to Howard Hanna for purchase of Unit 7C, 320 Fort Duquesne Blvd. Pittsburgh, PA. | 4/20/04 | $25,000 |
| 6 | Wire transfer of $78,000 from a Pathfinder Credit Union Account to Bumbaugh and Nicola's National City Bank account with respect to the purchase of properties located at 1600 Sumac Street McKeesport, PA. and 2909 Jenny Lind Street McKeesport, PA. | 10/20/04 | $78,000 |

In violation of Title 18, United States Code, Section 1957(a).

## FORFEITURE ALLEGATIONS

1. The Grand Jury realleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeitures, pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p).

2. As a part of the commission of the violation of Title 21, United States Code, Section 846 charged in Count One of this Indictment, the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy, and JACYNTA JORDAN, did use and intend to use $1,000,000 to commit and to facilitate the commission of said violations, thereby subjecting said property to forfeiture pursuant to Title 21, United States Code, Section 853(a)(2).

3. As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendant, MARLIN KIMBREW a/k/a Tonda, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation; thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1):

    a. Real property located at 222 E. 8th Avenue, Homestead, Pennsylvania 15120;

    b. Real property located at 1600 Sumac Street, McKeesport, Pennsylvania 15132;

Case 2:07-cr-00163-ANB   Document 30 (Court only)   Filed 06/05/2007   Page 7 of 8

    c.   Real property located at 1304 Sumac Street, McKeesport, Pennsylvania 15132;

    d.   Real property located at 2908 Jenny Lind Street, McKeesport, Pennsylvania 15132;

    e.   $116,000.00, which represents the proceeds from the sale of real property located at 320 Ft. Duquesne, Blvd., Bldg.7-C, Pittsburgh, Pennsylvania 15222;

    f.   3301 Grover Avenue, McKeesport, Pennsylvania 15132;

    g.   2504 Collins Street, McKeesport, Pennsylvania 15132;

    h.   1307 Sumac Street, McKeesport, Pennsylvania 15132;

    i.   741 Stonebridge Drive, Irwin, Pennsylvania 15642;

    j.   1962 Chevrolet Impala, bearing VIN21867S154868.

4. As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendants, RAY KELLY a/k/a Tommy and CASEE KELLY a/k/a Stop-N-Drizzy, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation; thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1):

    a.   7387 Taloga Lane, Union City, Georgia

    b.   7409 Gossamer Street, Union City, Georgia

5. If through any act or omission by the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy, and JACYNTA JORDAN,

any or all of the property described in paragraphs 2-4 above (hereinafter the "Subject Properties"):

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, sold to, or deposited with a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the Subject Properties forfeitable above pursuant to Title 21, United States Code, Section 853(p).

                                            A True Bill,

                                            *Charlotte C Rade*
                                            FOREPERSON

*Mary Beth Buchanan*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254