**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 8, 2008

Case No.: CR 07-00701 WHA

Title: UNITED STATES -v- WILLIAM SHANNON (present)

Appearances:
    For the Government: Kirsten Ault

    For the Defendant(s): Camelia Baray

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Belle Ball

**PROCEEDINGS**

1) Status - HELD

2) 

Case continued to **2/5/08 at 2:00 pm** for Status

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

Time Excluded: **Begins: 1/8/08    Ends: 2/5/08**

**ORDERED AFTER HEARING:**