JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-6940
Facsimile: (415) 436-7234
E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    CR 07-00701 WHA |
| | ) | |
|     Plaintiff, | ) | NOTICE OF ADDITION OF COUNSEL |
| | ) | |
|     v. | ) | |
| | ) | |
| WILLIAM SHANNON, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court that Assistant United States Attorney ("AUSA") Kirstin Ault is also assigned to this case.  Accordingly, please have future ECF notices sent to AUSA Ault at the email address of kirstin.ault@usdoj.gov

DATED:_____1/18/08_____           _____/s/_____

                                       KIRSTIN M. AULT

                                       Assistant United States Attorney