JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-6940
Facsimile: (415) 436-7234
E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WILLIAM SHANNON, <br> Defendant. | No. CR 07-00701 WHA <br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 8, 2008, TO FEBRUARY 4, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

On January 8, 2008, the parties appeared before the Honorable William H. Alsup for an initial appearance. At that appearance, the Court set an appearance date of February 4, 2008 for motions setting or resolution. The Court further ordered that time should be excluded from the Speedy Trial Act calculation from January 8, 2008, through February 4, 2008, for effective preparation of defense counsel.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 8, 2008, through February 4, 2008.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from January 8, 2008, through February 4, 2008, based upon the need for effective preparation of defense counsel so that defense counsel can review discovery regarding potential charges the defendant faces in South Carolina that may be resolved with the pending matter.

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 8, 2008, through February 4, 2008, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that (1) an appearance shall be set on February 4, 2008, at 2:00 p.m. before the Honorable William H. Alsup; and (2) the period from January 8, 2008, through February 4, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____1/18/08_____      /s/
_____
CAMILLIA BARAY
Attorney for Defendant

DATED:____1/18/08_____      /s/
_____
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED:__ January 22, 2008.      _____
WILLIAM H. ALSUP
United States District Judge

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from January 8, 2008, through February 4, 2008, based upon the need for effective preparation of defense counsel so that defense counsel can review discovery regarding potential charges the defendant faces in South Carolina that may be resolved with the pending matter.

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 8, 2008, through February 4, 2008, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that (1) an appearance shall be set on February 4, 2008, at 2:00 p.m. before the Honorable William H. Alsup; and (2) the period from January 8, 2008, through February 4, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 1/8/08

CAMILLIA BARAY
Attorney for Defendant

DATED: 1/18/08

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

WILLIAM H. ALSUP
United States District Judge

2