UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 5, 2008

Case No.:  CR 07-0701 WHA

Title:  UNITED STATES -v- WILLIAM SHANNON (present)

Appearances:
    For the Government: Kirsten Alt

    For the Defendant(s): Camelia Baray

Interpreter: n/a                                    Probation Officer: n/a

Deputy Clerk:  Dawn Toland                Court Reporter:  Sahar McVickar

**PROCEEDINGS**

1)  Motion/Trial Setting - HELD

2)  

Case continued to **2/19/08 at 2:00pm**   for Status/Trial Setting

Case continued to   for Pretrial Conference

Case continued to   for Jury Trial

**ORDERED AFTER HEARING:**

Parties are in negotiation for reaching a disposition.  There are 70 speedy trial days remaining.