UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 19, 2008

Case No.: CR 07-00701 WHA

Title: UNITED STATES -v- WILLIAM SHANNON (present)

Appearances:

    For the Government: Kirsten Alt

    For the Defendant(s): Camelia Baray

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Connie Kuhl

**PROCEEDINGS**

1) Status - HELD

2)

Case continued to **4/8/08 at 2:00 pm** for Status

**ORDERED AFTER HEARING:**

Time is excluded from today until 4/8/08.