JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00701 WHA |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 19, 2008, TO APRIL 8, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| WILLIAM SHANNON, | |
| Defendant. | |

On February 19, 2008, the parties appeared before the Honorable William H. Alsup for a status conference. At that appearance, the Court set an appearance date of April 8, 2008 for change of plea. The Court further ordered that time should be excluded from the Speedy Trial Act calculation from February 19, 2008, through April 8, 2008, for effective preparation and continuity of defense counsel.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 19, 2008, through April 8, 2008.

1  The parties agree, and the Court finds and holds, as follows:

2  1.  The defendant is out of custody.

3  2.  The defendant agrees to an exclusion of time under the Speedy Trial Act from February 19, 2008, through April 8, 2008, based upon the need for effective preparation of defense counsel so that defense counsel can further investigate the defendant's criminal history. In addition, the Court excludes time based upon the need for continuity of counsel as defense counsel will be out of the country for approximately two weeks in March and unable to work on the defendant's case during that time.

4  3.  Counsel for the defense believes that the exclusion of time is in her client's best interest.

5  4.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 19, 2008, through April 8, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6  5.  Accordingly, and with the consent of the defendant, the Court orders that (1) an appearance shall be set on April 8, 2008, at 2:00 p.m. before the Honorable William H. Alsup; and (2) the period from February 19, 2008, through April 8, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:____02/21/08_____          _____/s/_____
                                   CAMILLIA BARAY
                                   Attorney for Defendant

DATED:____02/21/08_____          _____/s/_____
                                   KIRSTIN M. AULT
                                   Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____             _____
                                   WILLIAM H. ALSUP
                                   United States District Judge

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from February 19, 2008, through April 8, 2008, based upon the need for effective preparation of defense counsel so that defense counsel can further investigate the defendant's criminal history. In addition, the Court excludes time based upon the need for continuity of counsel as defense counsel will be out of the country for approximately two weeks in March and unable to work on the defendant's case during that time.

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 19, 2008, through April 8, 2008, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that (1) an appearance shall be set on April 8, 2008, at 2:00 p.m. before the Honorable William H. Alsup; and (2) the period from February 19, 2008, through April 8, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 2/21/08

CAMILLIA BARAY
Attorney for Defendant

DATED:_____

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____

WILLIAM H. ALSUP
United States District Judge

2