1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 168973)
    Chief, Criminal Division

4   KIRSTIN M. AULT (CABN 206052)
    Assistant United States Attorney

5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6940
7       Facsimile: (415) 436-7234
        E-mail: kirstin.ault@usdoj.gov

8

9   Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )    No.    CR 07-00701 WHA
                                        )
15       Plaintiff,                     )    [PROPOSED] ORDER AND
                                        )    STIPULATION EXCLUDING TIME
16       v.                             )    FROM FEBRUARY 19, 2008, TO APRIL
                                        )    8, 2008, FROM THE SPEEDY TRIAL ACT
17  WILLIAM SHANNON,                    )    CALCULATION (18 U.S.C. §
                                        )    3161(h)(8)(A))
18       Defendant.                     )
                                        )
19  _____  )

20

21          On February 19, 2008, the parties appeared before the Honorable William H. Alsup for a

22  status conference.  At that appearance, the Court set an appearance date of April 8, 2008 for

23  change of plea.  The Court further ordered that time should be excluded from the Speedy Trial

24  Act calculation from February 19, 2008, through April 8, 2008, for effective preparation and

25  continuity of defense counsel.

26          With the agreement of the parties, and with the consent of the defendant, the Court enters

27  this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

28  from February 19, 2008, through April 8, 2008.

1    The parties agree, and the Court finds and holds, as follows:

2        1. The defendant is out of custody.

3        2. The defendant agrees to an exclusion of time under the Speedy Trial Act from

4    February 19, 2008, through April 8, 2008, based upon the need for effective preparation of

5    defense counsel so that defense counsel can further investigate the defendant's criminal history.

6    In addition, the Court excludes time based upon the need for continuity of counsel as defense

7    counsel will be out of the country for approximately two weeks in March and unable to work on

8    the defendant's case during that time.

9        3. Counsel for the defense believes that the exclusion of time is in her client's best

10   interest.

11       4. Given these circumstances, the Court finds that the ends of justice served by

12   excluding

13    the period from February 19, 2008, through April 8, 2008, outweigh the best interest of the

14   public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

15       5. Accordingly, and with the consent of the defendant, the Court orders that (1) an

16   appearance shall be set on April 8, 2008, at 2:00 p.m. before the Honorable William H. Alsup;

17   and (2) the period from February 19, 2008, through April 8, 2008, shall be excluded from

18   Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

19   STIPULATED:

20

21   DATED:____02/21/08_____        _____/s/_____
22                                    CAMILLIA BARAY
                                      Attorney for Defendant

23
     DATED:____02/21/08_____        _____/s/_____
24                                    KIRSTIN M. AULT
                                      Assistant United States Attorney
25

26   IT IS SO ORDERED.

27

28   DATED:_ February 22, 2008.        _____
                                      WILLIAM H. ALSUP
                                      United States District Judge

2

1    The parties agree, and the Court finds and holds, as follows:

2        1. The defendant is out of custody.

3        2. The defendant agrees to an exclusion of time under the Speedy Trial Act from

4    February 19, 2008, through April 8, 2008, based upon the need for effective preparation of

5    defense counsel so that defense counsel can further investigate the defendant's criminal history.

6    In addition, the Court excludes time based upon the need for continuity of counsel as defense

7    counsel will be out of the country for approximately two weeks in March and unable to work on

8    the defendant's case during that time.

9        3. Counsel for the defense believes that the exclusion of time is in her client's best

10   interest.

11       4. Given these circumstances, the Court finds that the ends of justice served by excluding

12   the period from February 19, 2008, through April 8, 2008, outweigh the best interest of the

13   public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

14       5. Accordingly, and with the consent of the defendant, the Court orders that (1) an

15   appearance shall be set on April 8, 2008, at 2:00 p.m. before the Honorable William H. Alsup;

16   and (2) the period from February 19, 2008, through April 8, 2008, shall be excluded from Speedy

17   Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18   STIPULATED:

19

20   DATED: 2/21/08          _____
                              CAMILLIA BARAY
21                            Attorney for Defendant

22

23   DATED:_____           _____
                              KIRSTIN M. AULT
                              Assistant United States Attorney
24

25   IT IS SO ORDERED.

26

27   DATED:_____           _____
                              WILLIAM H. ALSUP
28                            United States District Judge


                                    2