UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 8, 2008

Case No.:  CR 07-0701 WHA

Title:  UNITED STATES -v- WILLIAM SHANNON (present)

Appearances:
    For the Government: Kirstin Ault

    For the Defendant(s): Camilla Baray

Deputy Clerk:  Dawn Toland        Court Reporter:  Jim Yeomans

**PROCEEDINGS**

1)  Status - HELD

2)  

Case continued to  5/6/08 at 2:00 pm  for Further Status

**ORDERED AFTER HEARING:**