# Exhibit A

Case 3:07-cr-00701-WHA   Document 23-2   Filed 05/01/2008   Page 2 of 9
Case 3:07-cr-00737-JSW   Document 1   Filed 11/20/2007   Page 4 of 16
Case 2:07-cr-00163-ANB   Document 30 (Court only)   Filed 06/05/2007   Page 1 of 8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 07-163 |
| ) | [21 U.S.C. 846 and |
| ) | 18 U.S.C. 1956(a)(1)(A)(i) |
| ) | and 1957(a)] |
| MARLIN KIMBREW a/k/a Tonda ) | |
| WILLIAM SHANNON a/k/a "OG" ) | |
| RAY KELLY a/k/a Tommy ) | |
| CASEE KELLY a/k/a Stop-N-Drizzy ) | |
| JACYNTA JORDAN ) | |

SUPERSEDING INDICTMENT

COUNT ONE

The grand jury charges that:

From in or around March 2003, to on or about January 25, 2007, in the Western District of Pennsylvania and elsewhere, the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy and JACYNTA JORDAN, did knowingly, intentionally and unlawfully conspire with persons both known and unknown to the grand jury to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as prohibited by Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

In violation of Title 21, United States Code, Section 846.

CERTIFIED FROM THE RECORD.
Date November 9, 2007
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

FILED
JUN - 5 2007
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Case 3:07-cr-00701-WHA   Document 23-2   Filed 05/01/2008   Page 3 of 9
Case 3:07-cr-00737-JSW   Document 1   Filed 11/20/2007   Page 5 of 16
Case 2:07-cr-00163-ANB   Document 30 (Court only)   Filed 06/05/2007   Page 2 of 8

COUNT TWO

The grand jury further charges that:

On or about June 15, 2006, in the Western District of Pennsylvania, the defendant, MARLIN KIMBREW a/k/a Tonda, knowingly conducted and attempted to conduct a financial transaction involving the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction involved the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, that is on or about June 15, 2006, the defendant, MARLIN KIMBREW a/k/a Tonda, transferred a package containing $255,770 in cash to a mailing service, for delivery to J. Jordan, 2601 Tipperary Avenue, San Francisco, California, which the defendant knew contained the proceeds of a conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, as charged in Count One of the Indictment and the Distribution and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), which constitute specified unlawful activity, pursuant to Title 18, United States Code, Section 1956(c)(7)(A), and which did in fact constitute proceeds

Case 3:07-cr-00701-WHA   Document 23-2   Filed 05/01/2008   Page 4 of 9
Case 3:07-cr-00737-JSW   Document 1   Filed 11/20/2007   Page 6 of 16
Case 2:07-cr-00163-ANB   Document 30 (Court only)   Filed 06/05/2007   Page 3 of 8

of such specified unlawful activity, with the intent to promote said specified unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

Case 3:07-cr-00701-WHA    Document 23-2    Filed 05/01/2008    Page 5 of 9
Case 3:07-cr-00737-JSW    Document 1    Filed 11/20/2007    Page 7 of 16
Case 2:07-cr-00163-ANB    Document 30 (Court only)    Filed 06/05/2007    Page 4 of 8

### COUNTS THREE THROUGH SIX

The grand jury further charges that:

On or about the dates specified below, in the Western District of Pennsylvania and elsewhere, the defendant, MARLIN KIMBREW a/k/a Tonda, did knowingly engage in a monetary transaction, affecting interstate commerce, in criminally derived property with a value greater than $10,000, which property was derived from specified unlawful activity, in that the defendant, MARLIN KIMBREW a/k/a Tonda, engaged in the monetary transactions set forth below, knowing that the funds were derived from a criminal offense, when in fact said funds were derived from specified unlawful activity; that is the conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code, Section 846, as charged in Count One of the Indictment and the Distribution and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

| COUNT | DESCRIPTION OF MONETARY TRANSACTION | DATE (ON OR ABOUT) | AMOUNT OF TRANSACTION |
|---|---|---|---|
| 3 | Purchase of a 2.75 carat ring from Frost and Company | 6/24/03 | $10,900 |

Case 3:07-cr-00701-WHA   Document 23-2   Filed 05/01/2008   Page 6 of 9
Case 3:07-cr-00737-JSW   Document 1   Filed 11/20/2007   Page 8 of 16
Case 2:07-cr-00163-ANB   Document 30 (Court only)   Filed 06/05/2007   Page 5 of 8

| COUNT | DESCRIPTION OF MONETARY TRANSACTION | DATE (ON OR ABOUT) | AMOUNT OF TRANSACTION |
|---|---|---|---|
| 4 | Deposit of $169,000 into Pathfinder Credit Union Bank Account | 2/27/04 | $169,000 |
| 5 | Payment of $25,000 in hand money to Howard Hanna for purchase of Unit 7C, 320 Fort Duquesne Blvd. Pittsburgh, PA. | 4/20/04 | $25,000 |
| 6 | Wire transfer of $78,000 from a Pathfinder Credit Union Account to Bumbaugh and Nicola's National City Bank account with respect to the purchase of properties located at 1600 Sumac Street McKeesport, PA. and 2909 Jenny Lind Street McKeesport, PA. | 10/20/04 | $78,000 |

In violation of Title 18, United States Code, Section 1957(a).

Case 3:07-cr-00701-WHA   Document 23-2   Filed 05/01/2008   Page 7 of 9
Case 3:07-cr-00737-JSW   Document 1   Filed 11/20/2007   Page 9 of 16
Case 2:07-cr-00163-ANB   Document 30 (Court only)   Filed 06/05/2007   Page 6 of 8

FORFEITURE ALLEGATIONS

1. The Grand Jury realleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeitures, pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p).

2. As a part of the commission of the violation of Title 21, United States Code, Section 846 charged in Count One of this Indictment, the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy, and JACYNTA JORDAN, did use and intend to use $1,000,000 to commit and to facilitate the commission of said violations, thereby subjecting said property to forfeiture pursuant to Title 21, United States Code, Section 853(a)(2).

3. As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendant, MARLIN KIMBREW a/k/a Tonda, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation; thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1):

   a. Real property located at 222 E. 8th Avenue, Homestead, Pennsylvania 15120;

   b. Real property located at 1600 Sumac Street, McKeesport, Pennsylvania 15132;

Case 3:07-cr-00701-WHA   Document 23-2   Filed 05/01/2008   Page 8 of 9
Case 3:07-cr-00737-JSW   Document 1   Filed 11/20/2007   Page 10 of 16
Case 2:07-cr-00163-ANB   Document 30 (Court only)   Filed 06/05/2007   Page 7 of 8

  c. Real property located at 1304 Sumac Street, McKeesport, Pennsylvania 15132;

  d. Real property located at 2908 Jenny Lind Street, McKeesport, Pennsylvania 15132;

  e. $116,000.00, which represents the proceeds from the sale of real property located at 320 Ft. Duquesne, Blvd., Bldg.7-C, Pittsburgh, Pennsylvania 15222;

  f. 3301 Grover Avenue, McKeesport, Pennsylvania 15132;

  g. 2504 Collins Street, McKeesport, Pennsylvania 15132;

  h. 1307 Sumac Street, McKeesport, Pennsylvania 15132;

  i. 741 Stonebridge Drive, Irwin, Pennsylvania 15642;

  j. 1962 Chevrolet Impala, bearing VIN21867S154868.

  4. As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendants, RAY KELLY a/k/a Tommy and CASEE KELLY a/k/a Stop-N-Drizzy, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation; thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1):

  a. 7387 Taloga Lane, Union City, Georgia

  b. 7409 Gossamer Street, Union City, Georgia

  5. If through any act or omission by the defendants, MARLIN KIMBREW a/k/a Tonda, WILLIAM SHANNON a/k/a "OG," RAY KELLY a/k/a Tommy, CASEE KELLY a/k/a Stop-N-Drizzy, and JACYNTA JORDAN,

Case 3:07-cr-00701-WHA   Document 23-2   Filed 05/01/2008   Page 9 of 9
Case 3:07-cr-00737-JSW   Document 1   Filed 11/20/2007   Page 11 of 16
Case 2:07-cr-00163-ANB   Document 30 (Court only)   Filed 06/05/2007   Page 8 of 8

any or all of the property described in paragraphs 2-4 above (hereinafter the "Subject Properties"):

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, sold to, or deposited with a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the Subject Properties forfeitable above pursuant to Title 21, United States Code, Section 853(p).

          A True Bill,

          *Charlotte C. Rade*
          FOREPERSON

*Mary Beth Buchanan*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254