# Exhibit B

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

E-filing

RECEIVED

DATE: October 26, 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENN.

CR 07-0701 WHA

Clerk's Office
Northern District of California
Phillip Burton United States
Courthouse, 16 Floor
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Re: USA vs. SHANNON

Criminal No. 2:07-cr-163-2

Dear Sir or Madam:

I am forwarding herewith certified copies of the following documents at the direction of the United States Attorney and in accordance with the provisions of Rule 20 of the Federal Rules of Criminal Procedure: Certified Copy of Docket Entries, Transfer Order and Superceding Indictment.

Also enclosed is a copy of this letter. Please acknowledge receipt on this copy and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Joseph V. Ventresca
Joseph V. Ventresca
Deputy Clerk

Enclosures

cc: United States Attorney

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the  WESTERN  DISTRICT OF  PENNSYLVANIA

UNITED STATES OF AMERICA
V.
WILLIAM SHANNON

CRIMINAL NUMBER: 07-163

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __William Shannon__, defendant, have been informed that an (*indictment*, *information*, *complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the __Northern__ District of __California__ in which I, __am held__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __10/19__ 20__07__ at __10:13 AM__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Western District of
Pennsylvania

_____
United States Attorney for the
Northern District of
California

**U.S. Department of Justice**                                      Rule 20 -- Transfer Notice

| To: Constance M. Bowden, Assistant U.S. Attorney | District: Western District of Pennsylvania | Date: 9/9/2007 |
|---|---|---|
| Name of Subject: William Shannon | Statute Violated: 21 U.S.C. §846 | File Data (Initials and Number): CR 07-163 |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indietment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No. 07-163.

☐ Other (Specify):

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea        Date of Sentence        Sentence

| From (Signature and Title): Kirsten Ault, Assistant U.S. Attorney | Address: U.S. Attorney's Office, Northern District of California, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102 |
|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock

*(Kindly notify me of any anticipated delay)*
☒ Enclosed are two certified copies of indictment or information            Docket No. 07-163

☐ Please have defendant execute waiver of indictment.

☒ Other (Specify): Also enclosed is Consent to Transfer of case for defendant.

| Signature (Name and Title): Constance M. Bowden, Assistant U.S. Attorney | District: Western District of Pennsylvania | Date: 9/9/2007 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

FORM USA-231
NOV. 85

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

FILED
NOV 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CR 07    0737
JSW

DATE: November 9, 2007

FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Office
Northern District California
Phillip Burton United States
Courthouse, 16 Floor
450 Golden Gate Ave.
San Francisco, CA, 94102-3434

07-7025

Re: USA vs. JORDAN

Criminal No. 2:07-cr-163-5

Dear Sir or Madam:

    I am forwarding herewith certified copies of the following documents at the direction of the United States Attorney and in accordance with the provisions of Rule 20 of the Federal Rules of Criminal Procedure: Certified Copy of Docket Entries, Consent to Transfer Jurisdiction and Superceding Indictment.

    Also enclosed is a copy of this letter. Please acknowledge receipt on this copy and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT


By: /s/ Joseph V. Ventresca
    Joseph V. Ventresca
    Deputy Clerk

Enclosures

cc: United States Attorney

Case 2:07-cr-00163-ANB   Document 101   Filed 11/08/2007   Page 1 of 2

**U.S. Department of Justice**                                     Rule 20-Transfer Notice

| To: Constance M. Bowden, Assistant U.S. Attorney | District: Western District of Pennsylvania | Date: October 17, 2007 |
|---|---|---|
| Name of Subject: Jacynta Jordan | Statute Violated: 21 U.S.C. § 846 | File Data (Initials and Number): CR. 07-163 |

### Part A-District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket No. 07-163 .

☐ Other (Specify):

☐ The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea       Date of Sentence            Sentence

| From (Signature and Title): Kirsten Ault, Assistant United States Attorney | Address: U.S. Attorney's Office, Northern District of California, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102 |
|---|---|
| | |

### Part B-District of Offense

X   I am agreeable to Rule 20 disposition.

☐   I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                on                  at              o'clock.
*(Kindly notify me of any anticipated delay.)*

X   Enclosed are two certified copies of indictment or information. Docket No. 07-163

☐   Please have defendant execute waiver of indictment.

X   Other *(Specify):* Also enclosed is Consent to Transfer of case for defendant.

| Signature (Name and Title): Mary Beth Buchanan, United States Attorney | District: Western District of Pennsylvania | Date: |
|---|---|---|

Case 3:07-cr-00701-WHA    Document 23-3    Filed 05/01/2008    Page 7 of 7
Case 3:07-cr-00737-JSW    Document 1    Filed 11/20/2007    Page 3 of 16
Case 2:07-cr-00163-ANB    Document 101    Filed 11/08/2007    Page 2 of 2

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **WESTERN** DISTRICT OF **PENNSYLVANIA**

UNITED STATES OF AMERICA
v.
JACYNTA JORDAN

CRIMINAL NUMBER: 07-163

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **Jacynta Jordan**, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the **Northern** District of **California** in which I, **am held**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: Oct. 25, 2007 at 10:00 AM

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
**Western** District of
Pennsylvania

_____
United States Attorney for the
**Northern** District of
California