**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 6, 2008

Case No.:  CR 07-00701 WHA

Title:  UNITED STATES -v- WILLIAM SHANNON (present)

Appearances:
    For the Government:  Kirstin Ault

    For the Defendant(s): David Billingsley for Camila Baray

Interpreter: n/a                              Probation Officer: n/a

Deputy Clerk: Dawn Toland              Court Reporter:  Kathy Powell

**PROCEEDINGS**

1)  Further Status - HELD

2)  

Case continued to **5/27/08 at 2:00pm**   for Further Status

Time Excluded:    **Begins: 5/6/08**              **Ends: 5/27/08**

**ORDERED AFTER HEARING:**

Court continued the matter due to defense counsels unavailability.