UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

FILED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: May 27, 2008

Case No.: CR 07-0701 WHA

Title: UNITED STATES -v- WILLIAM SHANNON (present)

Appearances:
    For the Government: Kirsten Ault

    For the Defendant(s): Camilla Baray

Interpreter: n/a          Probation Officer: n/a

Deputy Clerk: Dawn Toland    Court Reporter: Kathy Powell

**PROCEEDINGS**

1) Change of Plea - HELD

2) _____

Case continued to **9/3/08 at 2:00 pm** for Sentencing

**ORDERED AFTER HEARING:**

Parties filed a Plea Agreement. Defendant filed an Application for Permission Enter a Guilty Plea. Defendant entered a guilty plea to Count One of the Superseding Indictment in C07-163 out of the Western District of Pennsylvania. Probation referral form given to defense counsel.