Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant William Shannon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SHANNON,<br><br>Defendant. | No. CR-07-0701 WHA<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING SENTENCING HEARING FROM SEPTEMBER 2, 2008 TO OCTOBER 14, 2008 AT 2:00 P.M. |

The government, through AUSA Kirstin Ault, and the defendant William Shannon, through his counsel Camellia Baray, hereby stipulate as follows:

1. The parties are currently scheduled for a sentencing hearing on September 2, 2008 at 2:00 p.m. before the Hon. William M. Alsup.

///

///

///

STIPULATION AND ORDER
CR-07-0701 WHA                                1

2. Both parties stipulate and request that the sentencing hearing currently scheduled for September 2, 2008 be vacated and rescheduled to October 14, 2008 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: August 27, 2008

_____
CAMELLIA BARAY
Attorney for William Shannon

DATED: August 27, 2008

_____
KIRSTIN AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

_____
THE HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT
JUDGE

STIPULATION AND ORDER
CR-07-0701 WHA                    2