**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM SHANNON,<br><br>    Defendant.<br>_____ / | No. CR 07-00701 WHA<br><br>**ORDER DENYING STIPULATION CONTINUING SENTENCING HEARING FROM SEPTEMBER 2, 2008, TO OCTOBER 14, 2008** |

The Court has received the parties proposed order and stipulation continuing the sentencing hearing that is currently scheduled for September 2, 2008. The request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE