**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 2, 2008

Case No.: CR 07-00701 WHA

Title: UNITED STATES -v- WILLIAM SHANNON (present)

Appearances:

    For the Government: Kirstin Ault

    For the Defendant(s): Camillia Baray

Interpreter: n/a      Probation Officer: Aylin Raya

Deputy Clerk: Dawn Toland      Court Reporter: Kathy Sullivan

**PROCEEDINGS**

1) Sentencing - NOT HELD

2) 

Case continued to **12/2/08 at 2:00pm** for Sentencing

Time Excluded: **Begins:**      **Ends:**

**ORDERED AFTER HEARING:**