1  Camellia Baray, State Bar No. 179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  Telephone: (510) 785-8400
   Facsimile:  (510) 670-0955
4  camellia@btbandb.com

5  Attorneys for Defendant William Shannon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0701 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION CONTINUING SENTENCING HEARING FROM DECEMBER 2, 2008 TO JANUARY 13, 2009 AT 2:00 P.M. |
| v. | |
| WILLIAM SHANNON, | |
| Defendant. | |

The government, through AUSA Kirstin Ault, and the defendant William Shannon, through his counsel Camellia Baray, hereby stipulate as follows:

1. The parties are currently scheduled for a sentencing hearing on December 2, 2008 at 2:00 p.m. before the Hon. William Alsup.

2. Aylin Raya, the USPO assigned to Mr. Shannon's case, is unavailable November 21 through December 19, 2008 due to work related travel which will take her outside of the Northern District of California.

STIPULATION AND ORDER
CR-07-0701 WHA                        1

3. Ms. Raya is the only USPO who has worked on this case. She conducted a lengthy and detailed interview of Mr. Shannon, prepared a 32 page presentence report, and has had several conversations with both defense counsel and the AUSA regarding sentencing issues in this matter. It is essential that the probation officer appearing at Mr. Shannon's hearing be familiar with the history of the case and the discussions/concerns of both counsel. Therefore, both parties would prefer that Ms. Raya appear at the sentencing hearing, and request that the sentencing hearing be continued to a date at which Ms. Raya can appear.

4. Ms. Raya had contacted both parties prior to her departure on November 20, 2008 to discuss her scheduling conflict. She informed counsel that she would be requesting a continuance of the hearing to January 13, 2009. Neither party knows whether Ms. Raya has made this request.

5. In order to allow Ms. Raya to appear at Mr. Shannon's sentencing hearing, both parties stipulate and request that the sentencing hearing currently scheduled for December 2, 2008 be vacated and rescheduled to January 13, 2009 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: November 26, 2008

CAMELLIA BARAY
Attorney for William Shannon

DATED: November 26, 2008

KIRSTIN AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 1, 2008

THE HONORABLE
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND ORDER
CR-07-0701 WHA                                    2