Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant William Shannon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SHANNON,<br><br>Defendant. | No. CR-07-0701 WHA<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING SENTENCING HEARING FROM JANUARY 13, 2009 TO JANUARY 27, 2009 AT 2:00 P.M. |

The government, through AUSA Kirstin Ault, and the defendant William Shannon, through his counsel Camellia Baray, hereby stipulate as follows:

1. The parties are currently scheduled for a sentencing hearing on January 13, 2009 at 2:00 p.m. before the Hon. William Alsup.

2. Counsel for defendant respectfully requests the sentencing date be rescheduled because she will be unavailable on January 13th. Ms. Baray has been confirmed for trial on docket 540433 in Alameda County Superior Court, in the Wiley Manuel Courthouse – the trial is

STIPULATION AND ORDER
CR-07-0701 WHA                                    1

scheduled to begin on Monday, January 12 and is expected to last one week. This case has been set on a time not waived basis.

    3. AUSA Kirstin Ault is not available on January 20, 2009 for hearing.

    4. Therefore, both parties stipulate and request that the sentencing hearing currently scheduled for January 13, 2009 be vacated and rescheduled to January 27, 2009 at 2:00 p.m.

    5. US Probation Officer Aylin Raya has been notified of this request and stipulation.

IT IS SO STIPULATED.

DATED: January 9, 2009

*signature*
CAMELLIA BARAY
Attorney for William Shannon

DATED: January 9, 2009

*signature*
KIRSTIN AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 12, 2009

*IT IS SO ORDERED — Judge William Alsup (stamp/signature)*

THE HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER
CR-07-0701 WHA

2